IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BUCK BOSWELL,

    Petitioner,                        2: 10 - cv - 1076 - GEB TJB

    vs.

ANTHONY HEDGPETH,

    Respondent.                     <u>ORDER</u>

_____/

      Petitioner is a state prisoner and is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent answered Petitioner's federal habeas petition on October 27, 2010 and lodged several documents on that same date, including the Clerk's Transcript. The report of the probation officer, which is cited in the California Court of Appeal's opinion on direct appeal, was not included in the Clerk's Transcript lodged by the Respondent. (<u>See</u> Clerk's Tr. at p. 224-38.)

      Accordingly, IT IS HEREBY ORDERED that Respondent shall file the probation officer's report as indicated in the Clerk's Transcript on p. 224-38 within fourteen (14) days of this Order.

//

//

1

1  DATED:  November 21, 2011

                                                                  TIMOTHY J BOMMER
                                                                  UNITED STATES MAGISTRATE JUDGE